## Anna O'Grady *v.* The Prudential Insurance Company of America, Appellant.

Argued Jan. 12, 1897. Appeal, No. 29, Jan. T., 1897, by defendant, from judgment of C. P. Lackawanna Co., Nov. T., 1891, No. 184, on verdict for plaintiff. Before RICE, P. J., WILLARD, WICKHAM, BEAVER, REEDER and ORLADY, JJ. Affirmed.

Verdict for plaintiff $151.91. Defendant appealed.

OPINION BY WILLARD, J., February 16, 1897:

For the reasons assigned in the opinion in the case of Anna O'Grady v. The Prudential Insurance Company of America, No. 28, January term, 1897, the specifications of error are overruled and the judgment affirmed.